UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14248-CIV-MARTINEZ-MAYNARD

WHITE CAP, L.P.,

    Plaintiff,

v.

HEYDEN ENTERPRISES, LLC, d/b/a
HEYDEN SUPPLY *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction. (ECF No. 78.) Judge Maynard issued an Order setting a hearing on the Preliminary Injunction for December 13, 2023. (ECF No. 79.) Judge Maynard simultaneously filed a Paperless R&R recommending that good cause be found "to extend the TRO previously entered against Defendants through and including Friday, December 22, 2023." (ECF No. 80.) On December 1, 2023, this Court granted counsel for Defendants Heyden Enterprises, LLC, Brian Welsh, Miguel Rivan, Wayne Rosenblum, and Timothy Kavney's Emergency Motion to withdraw, (ECF No. 82), and stayed this case for 45 days pending Defendants obtaining new counsel. (ECF No. 86.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Maynard's R&R, (ECF No. 80), is **AFFIRMED and ADOPTED** as to good cause for extension of the TRO. Further, it is **ADJUDGED** that the TRO shall be extended and remain in place during the stay **until such time that the Preliminary Injunction hearing in front of Judge Maynard is held**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2023.

                                                        _____
Copies provided to:                                  JOSE E. MARTINEZ
Magistrate Judge Maynard                     UNITED STATES DISTRICT JUDGE
All Counsel of Record