UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14248-CIV-MARTINEZ-MAYNARD

WHITE CAP, L.P.,

    Plaintiff,

v.

HEYDEN ENTERPRISES, LLC, d/b/a
HEYDEN SUPPLY, *et al.*

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** is before this Court on Judge Maynard's January 16, 2024, Report and Recommendation ("R&R") recommending that the stay of this case be lifted and that this case be reopened. (ECF No. 98.) Judge Maynard notes that no party objected.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Maynard's R&R, (ECF No. 98), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that the stay of this case is **LIFTED**, and this case is **REOPENED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25 day of January, 2024.

                                                                           JOSE E. MARTINEZ
                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record