UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14248-CIV-MARTINEZ-MAYNARD

WHITE CAP, L.P.,

    Plaintiff,

v.

HEYDEN ENTERPRISES, LLC, d/b/a
HEYDEN SUPPLY *et al.*,

    Defendants.
_____/

## ORDER GRANTING EMERGENCY MOTION

**THIS CAUSE** came before the Court on counsel for Defendants Brian Walsh, Miguel Rivan, Wayne Rosenblum, and Timothy Kavney's ("Individual Defendants") Emergency Motion ("Motion"). (ECF No. 150.) The Motion states that the Individual Defendants will now be jointly represented by the law firm of Cole, Scott & Kissane, P.A. (*Id.* at 1.) This Court notes this is now the third time the Individual Defendants have requested that the Preliminary Injunction proceedings be stayed or otherwise continued due to issues regarding representation in this case. (*See* ECF Nos. 82 & 128.) Given the deadlines related to injunctive relief requiring a Response to Plaintiff's Motion for Preliminary Injunction on April 1, 2024, this Court finds that a brief stay is appropriate until a case management conference can be held, and a new briefing schedule can be issued by Magistrate Judge Maynard.

After careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 150), is **GRANTED**.
2. All Preliminary Injunction briefing is hereby **STAYED** pending a case management conference to be scheduled by separate order and the issuance of an amended briefing schedule.
3. **No further stays or extensions will be granted in this case**.

**DONE AND ORDERED** in Miami, Florida, this ___1 day of April, 2024.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record