UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-14248-CIV-MARTINEZ/MAYNARD

WHITE CAP, L.P.,

    Plaintiff,

v.

HEYDEN ENTERPRISES, LLC, d/b/a Heyden
Supply, BRIAN WELSH, MIGUEL RIVAN,
WAYNE ROSENBLUM, TIMOTHY
KAVNEY, AND GOMER BLACK, JR.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction Against Defendants ("Motion"), (ECF No. 148; ECF No. 171)[1]. (ECF No. 78.) Judge Maynard filed an R&R recommending that the Motion be denied, (ECF No. 287.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

    Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Maynard's R&R, (ECF No. 287), is **AFFIRMED** and **ADOPTED**. Further, it is:

    **ADJUDGED** that Plaintiff's Motion, (ECF No. 148; ECF No. 171), is **DENIED**.

    **DONE AND ORDERED** in Miami, Florida, this __16__ day of August, 2024.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record

---

[1] These two motions are one and the same. As part of the parties' preliminary injunction briefing, the parties were granted leave to file designated confidential information under seal. As a result, there are instances of duplicative filings consisting of publicly available redacted briefing/exhibits and sealed unredacted versions of the same briefing/exhibits.